AO 450 (Rev. 11/11)  Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Eastern District of Washington

GREGORY JOHNSON,

*Plaintiff*

v.

STEVE SINCLAIR, CHRISTOPHER BOWMAN, RONALD KNIGHT, CHARLES PEASE, STEVEN SUNDBERG, DAVID McKINNEY, AND DNAILEY BAYER,

*Defendant*

Civil Action No. 4:15-CV-05016-EFS

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($ _____), which includes prejudgment interest at the rate of _____ %, plus post judgment interest at the rate of _____ % per annum, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____.

☑ other:  IT IS ORDERED AND ADJUDGED:  the Amended Complaint is DISMISSED WITH PREJUDICE for failure to state a claim upon which relief may be granted.

This action was *(check one)*:

☐ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

☐ decided by Judge _____ on a motion for

Date:  July 1, 2015

*CLERK OF COURT*

SEAN F. McAVOY

s/ Penny Lamb
*(By) Deputy Clerk*

Penny Lamb